IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

EMILY MAIS,

  Plaintiff,

v.                                                      Case No.  3:22-cv-51

ALBEMARLE COUNTY SCHOOL
BOARD,

  Defendant.

## NOTICE OF REMOVAL

Defendant Albemarle County School Board ("School Board"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Circuit Court for the County of Albemarle ("the Circuit Court") to the United States District Court for the Western District of Virginia, Charlottesville Division.  In support of its Notice of Removal, Defendant states as follows:

### REQUIREMENTS OF 28 U.S.C. § 1446

1. On July 19, 2022, Plaintiff filed a Second Amended Complaint (attached as Exhibit A) in the Circuit Court for Albemarle County.  On August 10, 2022, the Court granted Plaintiff's Motion for Leave to file the Second Amended Complaint (attached at Exhibit B).  On August 29, 2022, the School Board filed a Demurrer and Plea in Bar (attached as Exhibits C and D) in the Circuit Court.

2. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is being filed within thirty (30) days after the Court ordered the filing of the Plaintiff's Second Amended Complaint.

3. Further, and as discussed above, a copy of the Plaintiff's Second Amended Complaint, and the responsive pleadings filed by the parties and in possession of Defendant have been attached hereto.

5. Defendant is providing written notice of this removal to Plaintiff simultaneously herewith, and will file a copy of this Notice of Removal with the Clerk for the Circuit Court.

### JURISDICTION UNDER 28 U.S.C. § 1331

6. Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this civil action under 28 U.S.C. § 1331.

7. Federal question jurisdiction exists pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint asserts claims of discrimination and retaliation in violation of 42 U.S.C. § 1981 and 42 U.S.C. § 1983.

WHEREFORE, Defendant Albemarle County School Board, by counsel, requests that this action be removed from the Circuit Court for the County of Albemarle to this United States District Court.

**ALBEMARLE COUNTY SCHOOL BOARD**

By Counsel

/s/ Jeremy D. Capps
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
myork@hccw.com
bobrien@hccw.com

# **C E R T I F I C A T E**

I hereby certify that a true copy of the foregoing was sent via email this 7th day of September, 2022 to:

    Tyson C. Langhofer, Esq. (VSB No. 9520
    Alliance Defending Freedom
    44180 Riverside Parkway
    Lansdowne, VA 20176
    571-707-4655 - Phone
    tlanghofer@ADFlegal.org

    Ryan Bangert, Esq.
    Alliance Defending Freedom
    15100 N. 90th Street
    Scottsdale, AZ 85260
    480-444-0020 - Phone
    rbangert@ADFlegal.org

    Kate Anderson, Esq.
    Alliance Defending Freedom
    15100 N. 90th Street
    Scottsdale, AZ 85260
    480-444-0020 - Phone
    kanderson@ADFlegal.org

    Henry W. Frampton, IV
    Alliance Defending Freedom
    15100 N. 90th Street
    Scottsdale, AZ 85260
    480-444-0020 - Phone
    hframpton@ADFlegal.org

                          /s/ Jeremy D. Capps  _____