IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

EMILY MAIS,

  Plaintiff,

v.                                       Case No. 3:22-cv-51

ALBEMARLE COUNTY SCHOOL BOARD,

  Defendant.

## DEFENDANT'S MOTION TO DISMISS

NOW COMES Defendant, Albemarle County School Board, by counsel and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 81(c)[1], moves to dismiss the Second Amended Complaint (ECF No. 1-5) because Plaintiff has not stated a claim upon which relief can be granted and has not alleged facts sufficient to state a cause of action. For the reasons outlined in the accompanying Brief in Support of this Motion, the Second Amended Complaint should be dismissed with prejudice.

WHEREFORE, the Albemarle County School Board, by counsel, respectfully requests this Court to grant this Motion to Dismiss, and dismiss Plaintiff's Second Amended Complaint with prejudice.

                                                          **ALBEMARLE COUNTY SCHOOL BOARD**

                                                          By Counsel

---

[1] The School Board filed a Demurrer and Plea in Bar in state court and removed the case to this Court on September 7, 2022. The state court Demurrer and Plea in Bar is the functional equivalent of a Motion to Dismiss under the Federal Rules of Civil Procedure. Pursuant to Rule 81(c)(2), repleading is not necessary. This court entered an oral order establishing a briefing schedule for this motion. See ECF Doc. 6.

/s/ Jeremy D. Capps
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
myork@hccw.com
bobrien@hccw.com

# **C E R T I F I C A T E**

      I hereby certify that on the 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Tyson C. Langhofer, Esq.
      VSB No. 95204
      Alliance Defending Freedom
      44180 Riverside Parkway
      Lansdowne, VA 20176
      571-707-4655 - Phone
      tlanghofer@ADFlegal.org

      Ryan Bangert, Esq.
      Alliance Defending Freedom
      440 First Street, NW
      Suite 600
      Washington, DC 20001
      202-393-8690 - Phone
      rbangert@ADFlegal.org

      Kate Anderson, Esq.
      Alliance Defending Freedom
      15100 N. 90th Street
      Scottsdale, AZ 85260
      480-444-0020 - Phone
      kanderson@ADFlegal.org

Henry W. Frampton, IV
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020 - Phone
hframpton@ADFlegal.org

Rachel A. Csutoros, Esq.
VSB No. 97783
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
571-707-4655 - Phone
rcsutoros@ADFlegal.org

Hailey M. Vrdolyak, Esquie
Alliance Defending Freedom
44180 Riverside Parkway
Landsdowne, VA 20176

David A. Cortman, Esq.
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

/s/Jeremy D. Capps
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
myork@hccw.com
bobrien@hccw.com

3