# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **EMILY MAIS**, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 3:22-cv-51 |
| **ALBEMARLE COUNTY SCHOOL BOARD**, | ) Honorable Norman K. Moon |
| *Defendant.* | ) |

## CONSENT MOTION TO AMEND PRETRIAL ORDER

Plaintiff and Defendant, by counsel, jointly move the Court to amend the scheduling order for the following reasons.

1. On September 21, 2022, the Court entered a Pretrial Order (ECF No. 5) containing certain deadlines running from the date of the order.

2. On September 23, 2022, the Court granted Defendant's Motion to Set Briefing Schedule (ECF No. 6), which established October 7, 2022, as the deadline for Defendant to file a motion to dismiss.

3. On October 7, 2022, Defendant filed a motion to dismiss.

4. Under the briefing schedule entered by the Court, Plaintiff has until November 4, 2022, to file a response to the motion to dismiss, and Defendant has until November 18, 2022, to file a reply brief.

5. Because the parties are presently engaged in briefing a dispositive motion, they believe it best preserves the parties' and the court's resources to defer the deadlines contained in the Pretrial Order until the disposition of the motion to dismiss.

6. Therefore, the parties propose that the deadlines in the Pretrial Order run from the date of the disposition of the motion to dismiss, rather than the date of the Pretrial Order as follows:

    a. Rule 26(f) conference: 14 days from the disposition of the motion to dismiss;

    b. Rule 26(a)(1) disclosures: 30 days from the disposition of the motion to dismiss;

    c. Plaintiff's initial expert disclosures: 75 days from the disposition of the motion to dismiss;

    d. Defendant's initial expert disclosures: 90 days from the disposition of the motion to dismiss.

7. The remaining deadlines in the Pretrial Order run from the trial date, which the parties propose setting with the scheduling clerk upon the disposition of the motion to dismiss.

WHEREFORE, the parties respectfully request that the Court enter an Order amending the Pretrial Order as set out above.

Respectfully submitted this 21st day of October, 2022.

<div style="display: flex;">

<div>

s/ Jeremy D. Capps

Jeremy D. Capps
VA Bar No. 43909
Blaire H. O'Brien
VA Bar No. 83961
David P. Corrigan
VA Bar No. 26341
Melissa Y. York
VA Bar No. 77493
HARMAN, CLAYTOR, CORRIGAN
& WELLMAN, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
jcapps@hccw.com
bob@hccw.com
dcorrigan@hccw.com
myork@hccw.com

*Attorneys for Defendant*

</div>

<div>

s/ Henry W. Frampton, IV

Katherine L. Anderson
AZ Bar No. 033104
Henry W. Frampton, IV
SC Bar No. 75314
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260
(480) 444-0020
kanderson@ADFlegal.org
hframpton@ADFlegal.org

Christopher P. Schandevel
VA Bar No. 84412
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
cschandevel@ADFlegal.org

David A. Cortman
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@ADFlegal.org

Hailey M. Vrdolyak
IL Bar No. 6333515
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
hvrdolyak@ADFlegal.org

*Attorneys for Plaintiff*

</div>

</div>

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record who are registered users of the ECF system:

Jeremy D. Capps
Blaire H. O'Brien
David P. Corrigan
Melissa Y. York
HARMAN, CLAYTOR, CORRIGAN & WELLMAN, P.C.
P.O. Box 70280
Richmond, Virginia 23255

        s/ Henry W. Frampton, IV

        Henry W. Frampton, IV
        SC Bar No. 75314
        ALLIANCE DEFENDING FREEDOM
        15100 N 90th Street
        Scottsdale, AZ 85260
        (480) 444-0020
        hframpton@ADFlegal.org

        *Attorney for Plaintiff*