IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **EMILY MAIS**, *Plaintiff,* v. **ALBEMARLE COUNTY SCHOOL BOARD**, *Defendant.* | Civil Action No. 3:22-cv-51 Honorable Norman K. Moon |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO APPEAR WITHOUT LOCAL COUNSEL**

NOW COMES Plaintiff Emily Mais, by counsel, and respectfully requests leave to appear before the Court represented by *pro hac vice* counsel in the absence of an associated member of the bar of this Court.

1. On September 7, 2022, Defendant filed a Notice of Removal of this matter from the Albemarle County Circuit Court (ECF No. 1).

2. None of Plaintiff's counsel were a member of the bar of this Court at the time of removal.

3. On October 5, 2022, undersigned counsel filed a Notice of Appearance on Plaintiff's behalf (ECF No. 7).

4. Also on October 5, 2022, Plaintiff's counsel Katherine L. Anderson, Henry Frampton, IV, David A. Cortman, and Hailey M. Vrdolyak filed Motions for *Pro Hac Vice* Admission in association with undersigned counsel (ECF Nos. 8–11).

5. On October 17, 2022, the Court granted the motions for *pro hac vice* admission (ECF No. 16), and counsel subsequently filed notices of appearance (ECF Nos. 17–20).

6. On November 17, 2022, the Court scheduled a hearing for December 15, 2022, on Defendant's Motion to Dismiss (ECF No. 26).

7. Attorneys Katherine L. Anderson, Henry Frampton, IV, David A. Cortman, and Hailey M. Vrdolyak all plan to appear at the hearing *pro hac vice* on Plaintiff's behalf. But undersigned counsel's wife is expecting, and she is due to deliver on December 14. So, unless she delivers late, undersigned counsel will be unavailable to appear at the hearing.

8. Plaintiff's interests will be fully served at the hearing by attorneys Katherine L. Anderson, Henry Frampton, IV, David A. Cortman, and Hailey M. Vrdolyak even if undersigned counsel is unable to appear.

WHEREFORE, Plaintiff respectfully requests that the Court permit *pro hac vice* attorneys Katherine L. Anderson, Henry Frampton, IV, David A. Cortman, and Hailey M. Vrdolyak to appear before the Court in the absence of undersigned counsel, an associated member of the bar of this Court.

Respectfully submitted this 18th day of November, 2022.

    s/ *Christopher P. Schandevel*
    Christopher P. Schandevel
    VA Bar No. 84412
    ALLIANCE DEFENDING FREEDOM
    44180 Riverside Pkwy
    Lansdowne, VA 20176
    (571) 707-4655
    cschandevel@ADFlegal.org

Katherine L. Anderson
AZ Bar No. 033104
Henry W. Frampton, IV
SC Bar No. 75314
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260
(480) 444-0020
kanderson@ADFlegal.org
hframpton@ADFlegal.org

David A. Cortman
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@ADFlegal.org

Hailey M. Vrdolyak
IL Bar No. 6333515
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
hvrdolyak@ADFlegal.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record who are registered users of the ECF system:

Jeremy D. Capps
Blaire H. O'Brien
David P. Corrigan
Melissa Y. York
HARMAN, CLAYTOR, CORRIGAN & WELLMAN, P.C.
P.O. Box 70280
Richmond, Virginia 23255

s/ *Christopher P. Schandevel*
Christopher P. Schandevel
VA Bar No. 84412
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
cschandevel@ADFlegal.org

*Attorney for Plaintiff*
