# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Emily Mais**

**vs.**

**Albemarle County School Board**

Action No:   3:22CV00051

Date:   December 15, 2022

Judge:   Norman K. Moon

Court Reporter:   Lisa Blair

Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)

Henry Frampton
Katherine L. Anderson
David A. Cortman

Defendant Attorney(s)

Jeremy D. Capps

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

All parties present by Zoom video-conference for hearing on ECF No. 13 – Motion to Dismiss filed by Defendant.

Arguments heard.   Order to enter.

Time in Court:   1:59 – 3:10 p.m.   (1 hour, 11 minutes)