| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Henry W. Frampton | TELEPHONE NUMBER<br>480-444-0020 |
|---|---|---|
| DATE OF REQUEST<br>01/23/23 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>hframpton@adflegal.org | |
| MAILING ADDRESS<br>15100 N 90th St | | CITY, STATE, ZIP CODE<br>Scottsdale, AZ 85260 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  Lisa Blair<br><br>OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR | |

| CASE NUMBER<br>3:22-cv-00051 | CASE NAME<br>Mais v. Albemarle County School Board | JUDGE'S NAME<br>Norman K. Moon |
|---|---|---|
| DATE(S) OF PROCEEDING(S)<br>12/15/2022 | TYPE OF PROCEEDING(S)<br>Hearing re Motion to Dismiss | LOCATION OF PROCEEDING<br>via Zoom video-conference |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

[✓] Ordinary (30-Day)          [ ] Daily
[ ] 14-Day                     [ ] Hourly
[ ] Expedited (7-Day)          [ ] RealTime
[ ] 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 01/23/23 | s/ Henry W. Frampton |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.