IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

EMILY MAIS,

   Plaintiff,

v.                                      Case No. 3:22-cv-51

ALBEMARLE COUNTY SCHOOL BOARD,

   Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties each to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

                                                _____
                                                Hon. Norman K. Moon
                                                Senior United States District Judge

| | |
|---|---|
| s/Jeremy D. Capps | s/Henry W. Frampton, IV |
| Jeremy D. Capps (VSB No. 43909) | Katherine L. Anderson (AZ Bar No. 033104*) |
| Melissa Y. York (VSB No. 77493) | Henry W. Frampton, IV (SC Bar No. 75314*) |
| Counsel for Albemarle County School Board | Counsel for Emily Mais |
| Harman, Claytor, Corrigan & Wellman | ALLIANCE DEFENDING FREEDOM |
| P.O. Box 70280 | 15100 N 90th Street |
| Richmond, Virginia 23255 | Scottsdale, AZ 85260 |
| 804-747-5200 - Phone | 480-444-0020 - Phone |
| jcapps@hccw.com | kanderson@ADFlegal.org |
| myork@hccw.com | hframpton@ADFlegal.org |
| | |
| | *Admitted *Pro Hac Vice* |

## **C E R T I F I C A T E**

 I hereby certify that on the 16th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

<u>s/Jeremy D. Capps</u>
Jeremy D. Capps (VSB No. 43909)
Counsel for Albemarle County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com